UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No. 2:24-mj-35

　　　　Plaintiff,　　　　　　　　　　　　Hon. Maarten Vermaat
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　v.

ANDREW STEVEN OTTO,

　　　　Defendant.
　　　　　　　　　　　　　　　　　/

## ORDER FOR DETENTION

Defendant Otto appeared before the undersigned for an initial appearance on a warrant out of the Eastern District of Washington. After being advised of his rights, including those attendant to a detention hearing and consulting with his appointed counsel, Defendant filed a waiver of his right to a detention hearing, reserving his right to conduct the hearing in the Eastern District of Washington.

IT IS HEREBY ORDERED that Defendant is committed to the custody of the Attorney General pending transfer to the Eastern District of Washington.

IT IS SO ORDERED.

Dated: May 16, 2024　　　　　　　　　　/s/ *Maarten Vermaat*
　　　　　　　　　　　　　　　　　　　MAARTEN VERMAAT
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE